RECEIVED

NOV 0 9 2005
mw
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| IUEMHOTEP I. MUHAMMAD | CIVIL ACTION NO. 05-1059 |
| VERSUS | JUDGE ROBERT G. JAMES |
| REGIONS BANK, ET AL. | MAG. JUDGE MARK HORNSBY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment [Doc. No. 16] is GRANTED, and the case is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA this 9 day of November, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE